IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATALIN HORVATH,

    Petitioner,

vs.

ORLANDO PEREZ; DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND IMMIGRATION ENFORCEMENT,

    Respondent.

No. C 11-1267 WHA (PR)

**ORDER OF DISMISSAL**

    Petitioner, a detainee of the United States Department of Immigration and Customs Enforcement ("I.C.E."), filed this pro se petition for writ of habeas corpus pursuant to 28 U.S.C. 2241. Petitioner previously filed a habeas petition in this court challenging the order of removal, which petition was dismissed. In her present petition, she seeks release on bail pending the outcome of an appeal she filed in the United States Court of Appeals for the Ninth Circuit from the order of removal by the Bureau of Immigration Administration ("BIA"). Any requests for release on bail pending the outcome of a case in the Ninth Circuit should be filed in the Ninth Circuit, not here. Accordingly, this case is hereby **DISMISSED.** The clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: April 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\HORVATH1267.DSM.wpd